No. 700. JOURNEYMEN TAILORS UNION LOCAL No. 195 OF THE AMALGAMATED CLOTHING WORKERS OF AMERICA ET AL. *v.* MILLER'S, INC.

March 3, 1941. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *American Federation of Labor* v. *Swing, ante,* p. 321; *Thornhill* v. *Alabama,* 310 U. S. 88; *Carlson* v. *California,* 310 U. S. 106. *Mr. A. J. Isserman* for petitioners. *Mr. Louis R. Kagan* for respondent.

No. 753. EAGLES ET AL. *v.* GENERAL ELECTRIC CO.

March 3, 1941. *Per Curiam:* The appeal is dismissed for the want of a properly presented federal question. *Godchaux Co.* v. *Estopinal,* 251 U. S. 179; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 117; *Herndon* v. *Georgia,* 295 U. S. 441, 443. *Messrs. O. C. Moore, Harry Ellsworth Foster,* and *John E. Belcher* for appellants. *Mr. Antone E. Russell* for appellee.